# Court of Appeals
# of the State of Georgia

ATLANTA, May 30, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2000.  TREVOR LAMONT BARNES v. THE STATE.**

Trevor Lamont Barnes pleaded guilty to two counts of aggravated child molestation and one count of aggravated sexual battery, and the trial court entered a judgment of conviction and sentence on April 13, 2015.  On March 20, 2017, Barnes filed a notice of appeal. We lack jurisdiction because the notice of appeal was not timely filed.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Because Barnes filed his notice of appeal 707 days after entry of the trial court's order, his appeal is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 05/30/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*